50 F.3d 9
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Earl WILKINS, Plaintiff--Appellant,
v.
William L. SMITH, Warden, MHC-Jessup; Merry Coplin, Deputy
Commissioner, Division of Correction, Defendants--Appellees,
and
Steve HOUSEBURGER, Hospital Administrator, MCI-Jessup; Bob
Feeney, Hospital Administrator, MHC-Jessup; Mildred Cook,
R.N. Supervisor, MHC-Jessup; Lloyd Gatherum, Regional
Manager, Jessup Complex; Michael Braves, Medical Director,
MHC-Jessup; E. Sohr, Medical Director, ECIEastern; Robert
Granger, Medical Director, Maryland Penitentiary; Jacob
Roberts, Regional Manager, Maryland Penitentiary; Anthony
Bruno, Medical Director, MCI-Jessup; Dennis Hughes,
Hospital Administrator, Maryland Penitentiary; Larry
Linton, Hospital Administrator, MHC-Jessup; Lisa Chair,
Licensed Practical Nurse, MHC-Jessup; Correctional Medical
Systems, MHC-Jessup, Defendants.
Earl WILKINS, Plaintiff--Appellant,
v.
Bob FEENEY, Hospital Administrator, MHC-Jessup; Mildred
Cook, R.N. Supervisor, MHC-Jessup; Lloyd Gatherum, Regional
Manager, Jessup Complex; William L. Smith, Warden,
MHC-JESSUP; Merry Coplin, Deputy Commissioner, Division of
Correction, Defendants--Appellees,
and
Steve HOUSEBURGER, Hospital Administrator, MCI-Jessup;
Michael Braves, Medical Director, MHC-Jessup; E. Sohr,
Medical Director, ECI-Eastern; Robert Granger, Medical
Director, Maryland Penitentiary; Jacob Roberts, Regional
Manager, Maryland Penitentiary; Anthony Bruno, Medical
Director, MCI-Jessup; Dennis Hughes, Hospital
Administrator, Maryland Penitentiary; Larry Linton,
Hospital Administrator, MHC-Jessup; Lisa Chair, Licensed
Practical Nurse, MHC-Jessup; Correctional Medical Systems,
MHC-Jessup, Defendants.
 Nos. 94-7498, 95-6011.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Feb. 16, 1995.
Decided: March 21, 1995.
 
 Appeals from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA94-1555)
 D.Md.
 DISMISSED.
 Earl Wilkins, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Audrey J. S. Carrion, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Philip Melton Andrews, KRAMON & GRAHAM, P.A., Baltimore, Maryland, for Appellees.
 Before HAMILTON and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's orders granting summary judgment for six of the fifteen Defendants in this civil rights action. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.
 
 
 2
 We dismiss the appeals as interlocutory. We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. Appellant's motion for counsel is also denied.
 
 DISMISSED